[No. 16220-2-II. Division Two. April 28, 1994.]

*In the Matter of the Marriage of* CHARLES C. REMBERT,
*Respondent, and* MARY J. REMBERT, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce
County, No. 91-3-00177-3, Robert H. Peterson, J., entered

June 19, 1992. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Morgan, C.J., and Alexander, J.